WILLIAM A. SOKOL, Bar No. 072740
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bsokol@unioncounsel.net
        clozano@unioncounsel.net
        kzinnen@unioncounsel.net
        tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CMTA-GLASS, MOLDERS, POTTERY, PLASTICS AND ALLIED WORKERS LOCAL 164B HEALTH AND WELFARE TRUST; and the CMTA-GLASS, MOLDERS, POTTERY, PLASTICS AND ALLIED WORKERS LOCAL 164B PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC STEEL CASTING COMPANY LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)** |

Plaintiffs complain of Defendants, and for cause of action allege:

### JURISDICTION AND INTRADISTRICT ASSIGNMENT

**I.**

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the

1
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)
Case No.

Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this district court since contributions are due and payable in the County of Alameda.  Therefore, intradistrict venue is proper.

## PARTIES

### II.

At all times material herein, The Board of Trustees, in their capacities as Trustees of the CMTA-Glass, Molders, Pottery, Plastics and Allied Workers Health and Welfare Trust were Trustees of the Health and Welfare Trust Fund and the CMTA-Glass, Molders, Pottery, Plastics and Allied Workers Local 164B Pension Trust (hereinafter referred to collectively as "Trust Funds").  At all times material herein, the above-named Trust Funds were, and now are, employee benefit plans created by a written Trust Agreements subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer employee benefit plans within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).  The above-named Trust Funds are administered by a Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements.  The above named Trust Funds and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs".

### III.

At all times material herein, Defendant, Pacific Steel Casting Company LLC (hereinafter referred to as "Pacific Steel"), has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

### IV.

Plaintiffs are ignorant of the true names and capacities of Doe Defendants sued herein as DOES 1 through 10, inclusive, and therefore sues these Defendants by such fictitious names.  Plaintiffs will amend this complaint to allege their true names and capacities when ascertained.

//

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)
Case No.

**V.**

At all times relevant to this action, each DOE Defendant, was the agent, servant, employee, partner, joint venturer, or surety of the other Defendants and was acting within the scope of said agency, employment, partnership, venture, or suretyship, with the knowledge and consent or ratification of each of the other Defendants in doing the things alleged herein.

**ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF**

**VI.**

At all relevant times, Pacific Steel was signatory and bound to a written collective bargaining agreement with the Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local No. 164B (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185). Pacific Steel is subject to all the terms and conditions of the Agreement between Pacific Steel Casting Company, LLC and the Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO, CLC, Local No. 164B (hereinafter "Agreement") and complied with the Agreement for a period of time before unilaterally discontinuing to pay the required contributions. A true and correct copy of said Agreement is attached hereto as Exhibit "A," which is incorporated by reference herein.

**VII.**

The collective bargaining agreement as well as the Trust Agreements provide for prompt payments of all employer contributions to the Trust Funds and provide for liquidated damages, not as a penalty but as a reasonable attempt to provide for payments to cover the damages incurred by the Trust Funds in the event of a breach by the employer where it would have been impracticable or extremely difficult to ascertain the losses to the Trust Funds. Said Trust Agreements also provide for the payment of interest on all delinquent contributions, attorneys' fees, other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the collective bargaining agreement and law.

//

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)
Case No.

**FIRST CLAIM FOR RELIEF**
**(BREACH OF CONTRACT)**

VIII.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

IX.

Pacific Steel has failed, neglected, or refused to make timely fringe benefit contributions, as required by the collective bargaining agreement and Trust Agreements and there is now due and owing and unpaid to Plaintiffs fringe benefit contributions in the sum estimated to be at least $421,133.16, and liquidated damages and interest in the amount estimated to be at least $27,217.58 for the period of January 2017 through July 2017.

X.

Plaintiffs are the intended third-party beneficiaries of the Agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Agreement.

XI.

Plaintiffs have complied with all conditions on its part to be performed under the terms of the applicable agreements.

XII.

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Pacific Steel's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Labor Agreements, Trust Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2).).

**SECOND CLAIM FOR RELIEF**
**(ACTUAL DAMAGES FOR BREACH OF CONTRACT)**

XIII.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

XIV.

Pacific Steel has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable collective bargaining agreement and Trust Agreements, and has caused Plaintiffs actual damages in an amount to be proven at trial.

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)
Case No.

**THIRD CLAIM FOR RELIEF**
(INJUNCTION)
XV.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

XVI.

Unless enjoined by this Court, Pacific Steel will continue to fail, neglect, or to submit to an audit of books and records by the Trust Funds. Pursuant to ERISA § 502(g)(2)(E), 29 U.S.C. § 1132(g)(2)(E), the Court may award such other legal or equitable relief as the Court deems appropriate, and pursuant to ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3), Plaintiffs are entitled to obtain appropriate relief for the breaches alleged herein. Plaintiffs seek a mandatory injunctive order of this Court ordering and requiring Pacific Steel to allow Plaintiffs' auditor access to the books and records of Pacific Steel needed by Plaintiffs for Plaintiffs to verify the exact amounts owed by Pacific Steel to the Trust Fund.

**FOURTH CLAIM FOR RELIEF**
(AUDIT)
XVII.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

XVIII.

The Board of Trustees has, as one of its purposes, the obligation to ensure that contributions required to be made to the Trust Funds pursuant to collective bargaining agreements are fully and correctly made. The purpose of the Trust Funds are to provide health and welfare and pension benefits for employees on whose behalf contributions are made, which benefits are supported by such contributions, and to ensure that employers who are signatories to the collective bargaining agreements referred to herein comply with the terms of said agreements with respect to payments of said contributions to the Funds.

XIX.

Without an audit, Plaintiffs cannot determine whether there are additional required contributions to the Trust Funds that Pacific Steel has failed to make.

//

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)
Case No.

## XX.

Plaintiffs believe that additional amounts may be due and owing and also prays for an audit to determine same.

**WHEREFORE**, Plaintiffs pray judgment against Pacific Steel as follows:

1. That Pacific Steel be ordered to pay fringe benefit contributions in the amount of at least $421,133.16;

2. That Pacific Steel be ordered to pay liquidated damages and interest in the amount of at least $27,217.58;

3. That Pacific Steel be ordered to pay actual damages according to proof;

4. That this Court issue an Order directing and permanently enjoining Pacific Steel to submit to the Trust Funds, all reports and contributions due and owing by Pacific Steel, plus interest, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

5. That this Court issue an Order permanently enjoining Pacific Steel for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreement, Trust Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

6. That Pacific Steel be ordered to pay attorneys' fees;

7. That Pacific Steel be compelled to submit to an audit between Plaintiffs and Pacific Steel;

8. That Pacific Steel be ordered to pay costs of suit herein;

9. That the Pacific Steel be ordered to pay for prejudgment interest and post judgment interest at the highest legal rate; and

//
//
//
//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)
Case No.

10. That the Court grant such further relief as this Court deems just and proper; and That this Court retain jurisdiction of this matter to enforce the Order compelling an Audit and payment of all amounts found due and owing.

Dated: August 9, 2017

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Concepcion E. Lozano-Batista*
CONCEPCION E. LOZANO-BATISTA
Attorneys for Plaintiffs

139338\928748

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

7

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, INJUNCTION, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)
Case No.