AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CMTA-GLASS, MOLDERS, POTTERY, PLASTICS AND ALLIED WORKERS LOCAL 164B HEALTH AND WELFARE TRUST; and the CMTA-GLASS, MOLDERS, POTTERY, PLASTICS AND ALLIED WORKERS LOCAL 164B PENSION TRUST <br><br> *Plaintiff(s)* <br> v. <br> PACIFIC STEEL CASTING COMPANY LLC; and DOES 1 through 10, inclusive <br><br> *Defendant(s)* | Civil Action No. 17-4572 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PACIFIC STEEL CASTING COMPANY LLC
c/o Agent for Service of Process: Corporation Service Company
which will do business in California as CSC - Laywers Incorporating Service
1333 Second Street
Berkeley, CA 94710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William A. Sokol, Bar No. 072740
Concepcion E. Lozano-Batista, Bar No. 227227
Kristina M. Zinnen, Bar No. 245346
Tracy L. Mainguy, Bar No. 176928
WEINBERG ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Susan Y. Soong*

Date: 08/10/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                Server's signature

                                                _____
                                                Printed name and title

                                                _____
                                                Server's address

Additional information regarding attempted service, etc: