WILLIAM A. SOKOL, Bar No. 072740
KRISTINA M. ZINNEN, Bar No. 245346
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bsokol@unioncounsel.net
kzinnen@unioncounsel.net
clozano@unioncounsel.net
tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CMTA-GLASS, MOLDERS, POTTERY, PLASTICS AND ALLIED WORKERS HEALTH AND WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC STEEL CASTING COMPANY LLC, et al.,<br><br>Defendants. | No. 17-cv-04572-EDL<br><br>[PROPOSED] AMENDED WRIT OF ATTACHMENT |

TO ANY FEDERAL MARSHAL FOR THE COUNTY OF ALAMEDA AND ANY

REGISTERED PROCESS SERVER:

    This writ is to attach property of Defendant PACIFIC STEEL CASTING COMPANY

LLC, a California Corporation located at 1333 Second Street, Berkeley, CA 94710. The

attachment is to secure the amount of $444,844.26.

    The names of Plaintiffs are THE BOARD OF TRUSTEES, in their capacities as Trustees

of the CMTA-GLASS, MOLDERS, POTTERY, PLASTICS AND ALLIED WORKERS

HEALTH AND WELFARE TRUST and CMTA-GLASS, MOLDERS, POTTERY, PLASTICS AND ALLIED WORKERS LOCAL 164B PENSION TRUST. The address (of their counsel Weinberg, Roger and Rosenfeld) is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment:

All corporate property for which a method of levy is provided by Article 2 (commencing with Section 488.300) of Chapter 8, including but not limited to, the following property wherever it is located:

a. proceeds from the sale of Pacific Steel Casting Company, LLC's products;
b. any and all accounts receivable owed to Pacific Steel Casting Company, LLC by any third party;
c. any and all accounts receivable received by Pacific Steel Casting Company, LLC;
d. any and all inventory of Pacific Steel Casting Company, LLC;
e. any and all equipment of Pacific Steel Casting Company, LLC;
f. the proceeds from the sale of any equipment of Pacific Steel Casting Company, LLC;
g. the proceeds from the sale by Pacific Steel Casting Company, LLC of any accounts receivable of Pacific Steel Casting Company, LLC; and
h. any and all bank accounts owned by Pacific Steel Casting Company, LLC.

Dated: 12/12/2017

*Susan Y. Soong*

CLERK OF COURT

139338\944425

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001